AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARL IVAN DOUBLE,

Petitioner,

v.

AARON PINERIO, Warden,

Respondent.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 1:22-002

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 2, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The instant petition brought pursuant to 28 U.S.C. § 2254 is denied.  Petitioner is denied a COA in this case, and is not entitled to appeal in forma pauperis.  Judgment is entered in favor of the Respondent, and this civil action stands closed.

11/02/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020